```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION

IN RE MENTOR CORP. OBTAPE           *

TRANSOBTURATOR SLING PRODUCTS       *      MDL Docket No. 2004
                                           4:08-MD-2004 (CDL)
LIABILITY LITIGATION                *
```

O R D E R

Presently pending before the Court are Defendant Mentor Worldwide LLC's motions to place certain cases in Phase V of this multidistrict litigation proceeding (ECF Nos. 879 & 884). Under the current Scheduling and Case Management Order, the parties may agree to place cases in Phase V. Scheduling & Case Mgmt. Order ¶ 11, ECF No. 710. The parties agree that the following cases should be placed in Phase V, so they are now in Phase V:

```
4:11-cv-05080 Jones          4:13-cv-00053 Silberman
4:12-cv-00119 McGaughy       4:13-cv-00092 Greenman
4:12-cv-00245 Clinton        4:13-cv-00098 Perez
4:12-cv-00247 Glass          4:13-cv-00100 Rector
4:12-cv-00248 Johnson        4:13-cv-00152 Harris
4:12-cv-00249 McBride        4:13-cv-00164 Kirksey
4:12-cv-00251 Sass           4:13-cv-00165 Porter
4:12-cv-00252 Woolf          4:13-cv-00166 Richardson
4:12-cv-00299 Hutto          4:13-cv-00167 Sowinski
4:12-cv-00301 Downey         4:13-cv-00184 Burnett
4:12-cv-00303 Cavazos        4:13-cv-00185 Harrell
4:12-cv-00305 Sanders        4:13-cv-00234 Little
4:12-cv-00309 Mondon         4:13-cv-00236 Terry
4:12-cv-00311 Latta          4:13-cv-00238 Veal
4:12-cv-00326 Layton         4:13-cv-00242 Mason
4:12-CV-00335 Wallace        4:13-cv-00243 Standridge
4:12-cv-00340 Lizer          4:13-cv-00244 Little
4:13-CV-00011 Hirshfield     4:13-cv-00245 Winchester
4:13-cv-00026 Koop           4:13-cv-00246 Jester
4:13-cv-00027 Watson         4:13-cv-00320 Hixon
4:13-cv-00031 Mandeville     4:13-cv-00336 Johnson
4:13-cv-00050 Hoyt           4:13-cv-00344 McGaffin
```

```
4:13-cv-00345 Stewart           4:13-cv-00526 Smith
4:13-cv-00348 Bonnet            4:13-cv-00527 Lashley
4:13-cv-00349 Denton            4:14-cv-00004 Cramer
4:13-cv-00364 Dorsey            4:14-cv-00006 McDannel
4:13-cv-00365 Hernandez         4:14-cv-00019 Morgan
4:13-cv-00366 Newman            4:14-cv-00024 Hodgkins
4:13-cv-00369 Rodriguez         4:14-cv-00078 Hampton
4:13-cv-00370 Alvarado          4:14-cv-00079 Nicolaides
4:13-cv-00371 Bookil            4:14-cv-00105 Hendrix
4:13-cv-00373 Chavez-Rubio      4:14-cv-00106 Craig
4:13-cv-00375 Habony            4:14-cv-00107 Hogan
4:13-cv-00376 Hooker            4:14-cv-00108 Uhl
4:13-cv-00380 Mendez            4:14-cv-00109 Hall
4:13-cv-00381 Montano           4:14-cv-00129 Anderson
4:13-cv-00382 Nelson            4:14-cv-00130 Worden
4:13-cv-00384 Wiley             4:14-cv-00131 Cade
4:13-cv-00393 Grigg             4:14-cv-00132 McLaughlin
4:13-cv-00394 Landeros          4:14-cv-00133 Dakins
4:13-cv-00395 Revia             4:14-cv-00134 Zachrison
4:13-cv-00432 Miranda           4:14-cv-00195 Robitaille
4:13-cv-00437 Box               4:14-cv-00196 Macheel
4:13-cv-00438 Owen              4:14-cv-00197 Silva
4:13-cv-00478 Waters            4:14-cv-00198 Weber
4:13-cv-00479 Lopez             4:14-cv-00206 Barton
4:13-cv-00484 Moors             4:14-cv-00211 Poland
4:13-cv-00504 Vanderhall        4:14-cv-00218 Hennessy
4:13-cv-00521 Jennings          4:14-cv-00246 Shadwick
4:13-cv-00522 Young Berdanier   4:14-cv-00259 Bowe-Diouff
4:13-cv-00523 Cudnohufsky
4:13-cv-00524 Romero
```

The parties also asked the Court to place the following cases in Phase V: 4:12-cv-00306 Sobotka; 4:13-cv-00090 Amann; 4:13-cv-00347 Woods; 4:13-cv-00367 Preito; and 4:14-cv-00023 Trahin. Stipulations of dismissal were filed in these cases, so they are no longer pending.

IT IS SO ORDERED, this 5th day of January, 2015.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA